# SHAPIRO LAW OFFICES, PLLC

3205 GRAND CONCOURSE, SUITE 1
BRONX, NEW YORK 10468
(718) 295-7000
FAX: (718) 295-7575
WWW.SHAPIROLAWOFFICES.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2021

**VIA ECF ONLY**

December 3, 2021

Honorable Judge Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re:   *Ana Jorge v. Wilber Argueta-Rosales and Campos Logistics, Inc.*
           1:20-cv-09636

Dear Honorable Judge Vyskocil:

    Please consider this a letter-motion for an adjournment of this Court's Post-Discovery Conference, presently scheduled for January 20, 2022, at 10 a.m. This is the first such request.

    The parties have agreed to participate in outside mediation before Susan Hernandez of National Arbitration and Mediation. The mediation is presently scheduled for Ms. Hernandez's first available date of February 11, 2022, at 2 p.m.

    Should your Honor be inclined to grant this request, it is respectfully suggested that the Post-Discovery Conference be adjourned to, or beyond, February 28, 2022 (in light of this Court's Order to submit a status letter and any pre-motion filings at least one week before the Post-Discovery Conference).

    I have conferred with Ms. Allyson Belmont, who represents the defendants, and she consents to this request.

Very truly yours,

Ernest S. Buonocore
Shapiro Law Offices, PLLC
Attorneys for Plaintiff
3205 Grand Concourse
Bronx, New York 10468

cc VIA ECF ONLY:
Allyson B. Belmont, Esq.
Lester Schwab Katz & Dwyer, LLP
Attorneys for Defendants
100 Wall Street
New York, NY 10005

---

GRANTED. PDC is ADJOURNED to March 3, 2022 at 11:00 AM. Status letter and any pre-motion submissions due one week before the conference.

Date: Dec. 6, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge